
FILED
MAY 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 5:18-mj-0077-JLT |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| BILLY J. GUSTAFSON, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on December 10, 2018 to 4 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released December 10, 2018. A certified Judgment and Commitment order to follow.

Date: 12/10/18

_Sheila K. Oberto_
U.S Magistrate Judge